MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

Amber Ibhri El Bey Johnson

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

v.

Troy's Towing

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case: 2:26-cv-10650
Assigned To : Grey, Jonathan J.C.
Referral Judge: Stafford, Elizabeth A.
Assign. Date : 2/25/2026
Description: CMP AMBER IBHRI EL BEY JOHNSON v TROYS TOWING (JP)

Jury Trial:   ☐ Yes   ☒ No
*(check one)*

**POOR QUALITY ORIGINAL**

**Complaint for a Civil Case**

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Amber Ennella Iohri El Bey Johnson
Street Address: PO Box 24401
City and County: Detroit North West Territory, Wayne dejure
State and Zip Code: Michigan Republic Zip Exempt [00000]
Telephone Number: 6(6 278 2021
E-mail Address: ajohnsonestate@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name: Troys Towing
Job or Title (if known):
Street Address: 9665 Grinnell Avenue
City and County: Detroit Wayne
State and Zip Code: Michigan 48213
Telephone Number: 313-529-1869
E-mail Address (if known):

Defendant No. 2

Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

Defendant No. 3

Name  _____

Job or Title  _____
(if known)

Street Address  _____

City and County  _____

State and Zip Code  _____

Telephone Number  _____

E-mail Address  _____
(if known)

Defendant No. 4

Name  _____

Job or Title  _____
(if known)

Street Address  _____

City and County  _____

State and Zip Code  _____

Telephone Number  _____

E-mail Address  _____
(if known)

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question              ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

**A.    If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.




**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual
   The plaintiff, *(name)* Amber Funella John El Bey Johnson
   is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation
   The plaintiff, *(name)* AMBER FUNELLA JOHNSON ESTATE TRUST
   is incorporated under the laws of the State of *(name)*
   Bey, Ibhriel, and has its principal place of business in the State of *(name)* Michigan Republic.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

   b. If the defendant is a corporation
   The defendant, *(name)* Troys Towing, is incorporated under the laws of the State of *(name)* Michigan, and has its principal place of business in the State of *(name)* Michigan. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.   The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

See attatchment Evidence

### III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See attatchment Evidence statements as well.

Troys Towing sold said property without authorization notice, or warning.

Troys Towing has caused pain and suffering.

Troys Towing has caused emotional distress.

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

See attachment

I just want what was paid for the private conveyance which is $12,000.
plus $5,000 for emotional distress.
plus $5,000 for pain and suffering.
plus uber rides $560
plus any cost if there is for court fees.

### V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

#### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2/25, 2026.

Signature of Plaintiff _Amber El Bey Cordus Althri_
Printed Name of Plaintiff _Amber-Eunetta John El Bey Johnson_

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

**Additional Information:**



| STATE OF MICHIGAN<br>JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT<br>COUNTY | COMPLAINT<br>Page ___ of ___ pages | CASE NO. and JUDGE |
|---|---|---|

**Court address** | **Court telephone no.**

**Plaintiff's name, address, and telephone no.**
Amber Ernella Johnson Estate Trust
P.O. Box 24401
Detroit Michigan Republic Northwest
zip exempt [00000]   Territory)

**Plaintiff's attorney, bar no., address, and telephone no.**
(616) 278-2021

v

**Defendant's name, address, and telephone no.**
Troy's Towing
9615 Grinnell Avenue, Detroit
Michigan 48213

313 579-1869

Troy's Towing Company Impounded my vehicle in trust on February 11, 2026.
Troys Towing Company did not notify me that my vehicle was abandoned or notify me that the vehicle was also being sold either.
Trays Towing Company had knowledge of the vehicle being under investigation and still decided to sell the vehicle without warning or notice.
Troys Towing company has not sent any paperwork making me aware of anything going on.

2/25/2026
**Date**

**Signature**
UCC 1-308-1-207

Approved, SCAO Form
MC 01a, Rev. 6/19
Page 1 of 1

Distribute form to:
Court
Defendant
Plaintiff
Return                                    SRA

| STATE OF MICHIGAN JUDICIAL DISTRICT | AFFIDAVIT AND CLAIM Small Claims | CASE NUMBER and JUDGE |
|---|---|---|

Court address | Court telephone number

See additional notice and instructions on page 2.

1. Plaintiff: AMBER CAMELIA JOHNSON ESTATE TRUST
   Address: PO BOX 24401
   City, state, zip: Detroit MI Republic zip exempt
   Telephone number: 6167782021

**NOTICE OF HEARING** — For Court Use Only
The plaintiff and the defendant must be in court on ___ Day ___ Date ___ at ___ Time ___ at ☐ the court address above.
☐ Location ___
Process server's name ___ Fee paid: $ ___

2. Defendant: Troy's Towing
   Address: 9615 Grinnell Ave.
   City, state, zip: Detroit MI 48213
   Telephone number: 3135791869

☐ 3. A civil action between these parties or other parties arising out of the transaction or occurrence alleged in this complaint has been previously filed in ☐ this court ☐ _____ Court.
It was given case number _____ and assigned to Judge _____.
The action ☐ remains ☐ is no longer pending.

4. I have knowledge or belief about all the facts stated in this affidavit and I am
☐ the plaintiff or his/her guardian, conservator, or next friend.  ☐ a partner.  ☐ a full-time employee of the plaintiff.

5. The plaintiff is ☐ an individual. ☐ a partnership. ☐ a corporation. ☐ a sole proprietor. ☒ Trust/Living Trust

6. The defendant is ☐ an individual. ☐ a partnership. ☒ a corporation. ☐ a sole proprietor. ☐ _____.

7. The date(s) the claim arose is/are February 25, 2026
   Attach separate sheets if necessary

8. Amount of money claimed is $ 12,000. (Note: Plaintiff's costs are determined by the court and awarded as appropriate. They are not part of the amount claimed.)

9. The reasons for the claim are: Troy's Towing company sold the private conveyance on February 11th, 2026 without notice, warning or any kind of awareness. The automated system gave me a price, I got a call back shortly after on Feb 24 2026 stating the car was sold.

10. The plaintiff understands and accepts that the claim is limited to $7,000 by law and that the plaintiff gives up the rights to (a) recover more than this limit, (b) an attorney, (c) a jury trial, and (d) appeal the judge's decision.

Approved, SCAO
Form DC 84, Rev. 1/24
MCL 600.8401 et seq., MCR 4.302, MCR 4.303, 50 USC 3931
Page 1 of 2

Form Instructions

Distribute form to:
Court (with instructions)
Defendant (with instructions)
Plaintiff (with instructions)
Return (with proof of service)

SRA

Affidavit and Claim, Small Claims, (1/24)  
Page 2 of 2

Case Number _____

11. I believe the defendant ☒ is  ☐ is not  mentally competent. I believe the defendant ☒ is  ☐ is not  18 years or older.

12. ☒ I do not know whether the defendant is in the military service.  ☐ The defendant is not in the military service.  
☐ The defendant is in the military service.

_____  
Signature

Subscribed and sworn to before me on_____.  
                                  Date

_____  
Deputy clerk/Notary public signature

My commission expires on _____ . _____  
                                                                                           Name (type or print)

Notary public, State of Michigan, County of _____ . ☐ Acting in the County of _____ .  
☐ This notarial act was performed using an electronic notarization system or a remote electronic notarization platform.

## ADDITIONAL NOTICE AND INSTRUCTIONS

**TO BOTH THE PLAINTIFF AND THE DEFENDANT:**

- You must bring to the hearing all witnesses, books, papers, and other physical evidence needed to prove or disprove this claim.

- Before the trial (hearing) starts, you have the right to

    1. **remove the case to the general civil division of the district court,** or

    2. have the case heard by a district court judge (if the hearing is scheduled before an attorney magistrate). If the case is heard by an attorney magistrate, you may appeal to the district judge within 7 days after the trial.

- If the case is tried in the small claims division, you give up the right to an attorney, to a jury trial, and to appeal the judge's decision.

If you require accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

**TO THE DEFENDANT:**

- The affidavit and claim you have just received means you are being sued in the small claims division of the district court.

- The court is being asked to decide a matter that the plaintiff says is your obligation and responsibility.

- If you wish to deny this claim or arrange terms of payment, you must make your request by appearing at the date, time, and place stated in the notice of hearing on the front of this form.

- If you do not appear at the date, time, and place stated, a default judgment may be entered against you for the amount stated in item 8, including the costs of this action.

- If the dispute is settled before or at the hearing, you may have to pay the plaintiff's costs.

- In case a judgment is entered against you at the hearing, you should be prepared to pay the amount stated in item 8, including the costs of this action, or to make arrangements for installment payments.

STATE OF MICHIGAN
JOCELYN BENSON, SECRETARY OF STATE
DEPARTMENT OF STATE
LANSING

*[handwritten annotation, upper left, with arrow pointing to address]:* no one sent out abandonment paperwork to this address

*[handwritten annotation, upper right]:* Proof my address is change on 1/8/26 at DMV when I surrendered my Drivers License [Michigan] I have video evidence of this.

AMBER EUNELLA JOHNSON
741 TOWNER ST APT 13
YPSILANTI MI 48198-5749

Issued: 01-08-2026
Letter ID: L0184281304

## VOTER REGISTRATION RECEIPT

Please save this receipt.

**Congratulations, you are going to be registered to vote!** Your Clerk will make sure you are eligible and mail you a voter card. Prepare to vote and get answers to your questions by visiting Michigan.gov/Vote. Your registration application will be kept confidential and will be used only for voter registration purposes.

| | | | |
|---|---|---|---|
| **Sex** | Female | **County** | WASHTENAW |
| **DLN** | J 525 066 237 990 | | |
| **Voter Jurisdiction** | YPSILANTI CITY | | |

*[handwritten annotations at bottom]:*

The number DMV told me to call to stop the issuing of any & all voter's registration paperwork

734-483-1100
1 S Huron St, Ypsilanti 48197

1800 ego Eastpoint, MI

is an address someone put in the system without authorization I do not know who address this is

# Michigan Department of State Application for Title and Registration Statement of Vehicle Sale

Purchase Date: 05/16/2025  Stock Number: 7392619A  Delivery Date: 05/16/2025

*Receipt was how much was paid for the car*

**Dealer:** GENESIS CHEVROLET INC.
**Street Address:** 21800 Gratiot Ave
**City:** Eastpointe
**County:** MACOMB   **State:** MI   **ZIP Code:** 48021
**Dealer License Number:** A003835
**Sales Tax License Number:** 472741111
**Phone Number:** (586)775-8300

**Vehicle Sold:** [ ] New  [X] Used  [ ] Demo   **Trade-In:** [ ] Yes  [X] No

| Trade-In Year | Trade-In Make | Vehicle Identification Number (VIN) |
|---|---|---|
| N/A | N/A | N/A |

### Vehicle Registration to Transfer Plate
*Expires 30 Days After Delivery Date*

**Plate Transferred From:** Year 2022  Make JEEP
**Vehicle Identification Number (VIN):** 1C4RJHAG3N8606044
**Plate Number:** REPLACE- ERY3083

### Vehicle History and Title Brand Disclosure
[ ] Police Vehicle  [ ] Vehicle Has Been Flood Damaged
[ ] Municipal Vehicle  [ ] Salvage Title Was Previously Issued
[ ] Taxi

### Odometer Mileage Disclosure
The odometer mileage reading must match the mileage reading disclosed to the purchaser on the title or mileage statement.

| 0 | 5 | 8 | 4 | 6 | 8 | No Tenths | [X] Actual Mileage  [ ] Exempt  [ ] Not Actual Mileage |

**Remarks:** I have selected and agree to pay the OPTIONAL $24 electronic filing fee  *Customer Initials: CGC*

TAX EXEMPT #98-6098939

The Seller, GENESIS AUTOMOTIVE SALES GROUP INC., Hereby Expressly Disclaims All Warranties, Either Express Or Implied Including Any Implied Warranty Of Merchantability Or Fitness For A Particular Purpose, Neither Assumes Nor Authorizes Any Other Person To Assume For It Any Liability In Connection With The Sale Of The Vehicle. This Disclaimer By The Seller In No Way Affects The Terms Of The Manufacturer Warranty. Buyer Shall Not Be Entitled To Recover From The Selling Dealer Any Consequential Damages To Property, Damages For Loss Of Use, Loss Of Time, Loss Of Profits, Or Income Or Any Other Incidental Damages.
*Used Vehicle Dealers Only*
Floor Planned Inventory Lender:

**Recreation Passport?** [ ] Yes  [X] No   Purchaser or Lessee's Initials: CGC

I certify this vehicle was delivered to the named purchaser or lessee on the delivery date indicated above, all information on this form is accurate and the vehicle is subject only to the secured interest listed on this form. I certify the dealership will apply for title and registration in the purchaser's name within 21 days of the delivery date, and that I have provided paper or electronic copies of all signed documents to the purchaser.

X *June Johnson*
Signature of Dealer's Agent
JUNE JOHNSON — Printed Name of Dealer's Agent
MANAGER — Title

---

**Plate Number:** REPLACE- ERY3083
**Plate Expiration Date:** Month 12  Day 28  Year 225
**Months:** 8   [ ] Title Only  [ ] New Plate  [ ] Renewal  [X] Transfer

| Year | Make | Body Style | County of Residence |
|---|---|---|---|
| 2014 | CHEVROLET | 4DR | MACOMB |

**Vehicle Identification Number:** 1G1PA5SH3E7392619
**Base MSRP or Empty Weight:** 18001

**Driver License, PID, or FEIN Number of All Owners or Lessees**
1) J525066237990   2) N/A   3)

**Complete Names and Address of All Owners or Lessor**
AMBER EUNELLA JOHNSON
37791 EMERSON DR
CLINTON TOWNSHIP, MI 48036

**Complete Names and Address of All Lessees:** N/A

**Michigan No-Fault Insurance Company:** CURE AUTO INSURANCE
**Policy or Binder Number:** PAMI155537

**Secured Interest:** N/A
**Street Address:**
**City, State, ZIP:** N/A

**Lien Filing Date:** 05/16/2025
**Lien Code ID:**

| License Plate Fee | N/A |
|---|---|
| Plate Transfer Fee | N/A |
| Title Fee | 15.00 |
| Title Late Fee: $50 ($100 for B dealer floor planned vehicles) | N/A |
| Sales Tax | 678.40 |
| Total - Transfer to Line 5 | 693.40 |

**Full Rights to Survivor:** [ ] Yes  [ ] No

| | |
|---|---|
| 1. Purchase Price of Vehicle (Including Freight & Accessories) | 11,002.60 |
| 2. Other Taxable Charges (Documentary, Service, Temp. Reg. Fees, etc.) | 280.00 |
| 2a. Optional Electronic $24 Filing Fee | 24.00 |
| 3. Trade-in Sales Tax Credit | N/A |
| 4. Total Taxable Price (Line 1 + Line 2 + Line 2a - Line 3) | 11,306.60 |
| 5. Sales Tax + Plate Fee + Title Fee (From Total Above) | 693.40 |
| 6. Non-Taxable Charges (Labor, Service Contract, etc.) | N/A |
| 7. Total Delivered Price (Line 1 + Line 2 + Line 2a + Line 5 + Line 6) | 12,000.00 |
| 8. Cash on Deposit | N/A |
| 9. Cash Due on Delivery | 12,000.00 |
| 10. Trade-In | $ N/A |
| 11. Minus Lien | $ N/A |
| 12. Total Down Payment | 12,000.00 |
| 13. Unpaid Balance To Be Financed | N/A |
| 14. Insurance/Additional Product Charge* | N/A |
| 15. Total Amount Of Finance Contract (Line 13 + Line 14) | N/A |

*Warning: This insurance is not PL/PD No-Fault Insurance required by Michigan law.
[ ] Credit Life Insurance   [ ] Health & Accident Insurance
[ ] Gap or Waiver   [ ] _____

**BFS-4 Temporary Registration Number** (this number may be handwritten)

**Printed Name of Salesperson:** VINCENT GALICI

---

**Purchaser Warning: Do Not Sign a Blank Form**

I am purchasing or leasing this vehicle and am applying for a Michigan certificate of title and registration or, if the lessee, applying for a registration. I certify that my driver's license is not suspended, revoked, or denied as a repeat offender and I am eligible to purchase or register this vehicle. I further certify that if a tax exemption is shown above it is valid.

| X *Amber E. Johnson* | 05/16/2025 | X N/A | | X N/A | | N/A |
|---|---|---|---|---|---|---|
| Purchaser or Lessor's Signature | Date | Co-Purchaser's Signature | Date | Co-Purchaser's Signature | | Date |
| X N/A | N/A | X N/A | N/A | X N/A | | N/A |
| Lessee's Signature | Date | Co-Lessee's Signature | Date | Co-Lessee's Signature | | Date |

**NOTE TO PURCHASERS:** If you do not receive your title within 45 days, contact the Department of State Information Center at 888-767-6424.

Authority granted by P.A. 300 of 1949, as amended. Form must be typed only. See Dealer Manual for permitted handwritten corrections.   RD-108 (Rev. 01/23)

# VEHICLE PURCHASE AGREEMENT

Date: 05/16/25

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller Name and Address |
|---|---|---|
| AMBER EUNELLA JOHNSON<br>37791 EMERSON DR<br>CLINTON TOWNSHIP, MI 48036<br>MACOMB<br>Email: N/A<br>Phone: (616)278-2021<br>Cell: (616)278-2021 | Email:<br>Phone:<br>Cell: | GENESIS CHEVROLET INC.<br>21800 Gratiot Ave<br>Eastpointe, MI 48021.<br>Salesperson: N/A<br>Deal Number: 7392619A |

THIS BUYER'S ORDER IS ☐ NEW ☒ USED ☒ CAR ☐ TRUCK ☐ DEMO      TO BE DELIVERED ON OR ABOUT   05/16/25
FOR THE FOLLOWING  ☒ PERSONAL, FAMILY OR HOUSEHOLD  ☐ AGRICULTURAL  ☐ BUSINESS
THIS VEHICLE WILL BE USED AS:  ☐ POLICE VEHICLE  ☐ DRIVER ED. VEHICLE  ☐ TAXI  ☐ GOV'T VEHICLE  ☐ SALVAGE
THIS VEHICLE HAS BEEN USED AS:  ☐ POLICE VEHICLE  ☐ DRIVER ED. VEHICLE  ☐ TAXI  ☐ GOV'T VEHICLE  ☐ SALVAGE

| Year | Make | Model | Type | Trim | Color | Mileage | Stock # |
|---|---|---|---|---|---|---|---|
| 2014 | CHEVROLET | CRUZE | 4DR | BLK/TITAN PREM | ATLANTIS BLUE | 58468 | 7392619A |

VIN: 1G1PA5SH3E7392619

### TRADE IN RECORD 1

| YR. | MAKE | MODEL | TYPE |
|---|---|---|---|
| COLOR | TRIM | | MILEAGE |
| VIN | | | |
| TITLE NO. | PLATE NO. | | EXP. DATE |
| OWNER | | LOAN # | |
| LIENHOLDER | | | PHONE |
| ADDRESS<br>undefined undefined ,undefined undefined | | SPOKE WITH | |
| AMOUNT | GOOD TILL | | VERIFIED BY |

### TRADE IN RECORD 2

| YR. | MAKE | MODEL | TYPE |
|---|---|---|---|
| COLOR | TRIM | | MILEAGE |
| VIN | | | |
| TITLE NO. | PLATE NO. | | EXP. DATE |
| OWNER | | LOAN # | |
| LIENHOLDER | | | PHONE |
| ADDRESS<br>undefined undefined ,undefined undefined | | SPOKE WITH | |
| AMOUNT | GOOD TILL | | VERIFIED BY |

### COLLISION COVERAGE

| NAME OF AGENT<br>GENERAL | PHONE<br>(800)535-2873 |
|---|---|
| ADDRESS<br>214 CARNEGIE CENTER SUITE 301 PRINCETON, NJ 08540 | |
| POLICY NUMBER<br>PAMI155537 | COLLISION DEDUCTIBLE<br>1,000.00 |
| INSURANCE CO.<br>CURE AUTO INSURANCE | SPOKE WITH |
| EFFECTIVE DATE<br>05/16/25 | EXP. DATE<br>06/28/25 | VERIFIED BY |

MICHIGAN NO-FAULT INSURANCE IS REQUIRED BY LAW IN MICHIGAN under MCLS § 500.3101

### DOCUMENTARY PREPARATION FEE
The Documentary Preparation Fee represents Seller costs such as administrative services, notary services, courier expense and cleaning, inspecting and adjusting new and used vehicle inventories as well as additional Seller profit. It is not a government fee.

### NEGATIVE EQUITY
Buyer is aware the balance owed on Buyer's trade-in exceeds the trade-in allowance offered by Seller. Accordingly, Buyer understands that ____N/A____ will be paid off on Buyer's behalf to ____N/A____ and this amount is included when computing the "balance due."

| | |
|---|---|
| PRICE OF VEHICLE | $ 11,002.60 |
| SELLER ACCESSORIES: | N/A |
| | N/A |
| | N/A |
| | N/A |
| | N/A |
| | N/A |
| | N/A |
| | N/A |
| SUB-TOTAL | 11,002.60 |
| TOTAL DELIVERED PRICE | 11,002.60 |
| TRADE-IN ALLOWANCE(S) | N/A |
| SALES/USE TAX SERVICE CONTRACTS/ MAINTENANCE AGREEMENTS | 678.40 |
| CASH PRICE OR TRADE DIFFERENCE | 11,681.00 |
| PLUS: TAG, TITLE, AND REGISTRATION FEE | 39.00 |
| LICENSE FEE | |
| PLUS: DOCUMENTARY PREPARATION FEE | 280.00 |
| PLUS: PAYOFF ON TRADE VEHICLE(S) | N/A |
| TOTAL BALANCE | $ 12,000.00 |
| LESS INITIAL PAYMENT/CASH DOWN | 12,000.00 |
| LESS REBATE/FACTORY INCENTIVE | N/A |
| BALANCE DUE | $ N/A |

LAW FORM NO. LAWMI-BOARB18_e (Rev. 3/18)
©2018 The Reynolds and Reynolds Company

Buyer Initials _____ Co-Buyer Initials _____ Page 1 of 4

THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

ALL WARRANTIES, IF ANY, BY A MANUFACTURER OR SUPPLIER OTHER THAN SELLER ARE THEIRS, NOT SELLER'S. ONLY SUCH MANUFACTURER OR OTHER SUPPLIER SHALL BE LIABLE FOR PERFORMANCE UNDER SUCH WARRANTIES, UNLESS SELLER FURNISHES BUYER WITH A SEPARATE WRITTEN WARRANTY OR SERVICE CONTRACT MADE BY SELLER ON ITS OWN BEHALF. SELLER NEITHER ASSUMES NOR AUTHORIZES ANY PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF ANY PRODUCTS.

UNLESS SELLER MAKES A WRITTEN WARRANTY ON ITS OWN BEHALF, OR ENTERS INTO A SERVICE CONTRACT WITHIN 90 DAYS FROM THE DATE OF THIS AGREEMENT, SELLER MAKES NO WARRANTIES, EXPRESS OR IMPLIED, ON THE VEHICLE, AND THERE WILL BE NO IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. THIS PROVISION DOES NOT AFFECT ANY WARRANTIES COVERING THE VEHICLE THAT THE MANUFACTURER OR SUPPLIER MAY PROVIDE.

I certify that I took delivery of this vehicle on ___05/16/25___

Buyer initials: _[initials]_

TERMS OF PAYMENT OF BALANCE DUE:
☐ RETAIL INSTALLMENT SALE CONTRACT
☒ OTHER  CASH SALE

## NO COOLING OFF PERIOD

State law does not provide for a "cooling off" or cancellation period for this Agreement. After you sign this Agreement, you may only cancel it if the Seller agrees or for legal cause. You cannot cancel this Agreement simply because you change your mind. This notice does not apply to home solicitation sales.

For your protection, request a receipt for all payments you make.

This Agreement is not binding upon either Seller or Buyer until signed by an authorized Seller representative.

Buyer agrees that this Agreement includes all of the terms and conditions on all pages of this Agreement hereof, that this Agreement cancels and supersedes any prior agreement including oral agreements, and as of the date below comprises; together with any retail installment sale contract the complete and exclusive statement of the terms of the agreement relating to the subject matters covered by this Agreement.

☒ BUYER ACKNOWLEDGES THAT IF THIS BOX IS CHECKED, THIS AGREEMENT CONTAINS AN ARBITRATION PROVISION.

Buyer, by signing this Agreement, acknowledges that Buyer has read and agrees to its terms and has received a true copy of this Agreement.

BUYER SIGNS X _[signature]_ DATE ___05/16/25___

CO-BUYER SIGNS X _____ DATE _____

MANAGER'S APPROVAL
(Must Be Accepted By An Authorized Representative of the Seller)

X _June Johnson_ DATE ___05/16/25___

ILAW FORM NO. LAWMI-BOARB18_e (Rev. 3/18)
©2018 The Reynolds and Reynolds Company

Buyer Initials _[initials]_  Co-Buyer Initials _____  Page 2 of 4

THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

# STATE OF MICHIGAN
## CERTIFICATE OF TITLE

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | MODEL | BODY STYLE |
|---|---|---|---|---|
| 1G1PA5SH3E7392619 | 2014 | CHEVROLET | CRUZE | 4 DOOR |

| TITLE NUMBER | ISSUE DATE | ODOMETER | BRAND OR LEGEND |
|---|---|---|---|
| MI0025746306 | 05/20/2025 | 058468 | |

**WEIGHT OR FEE CATEGORY**
18001

**ODOMETER BRAND**
*ACTUAL MILEAGE*

**OWNER(S) NAME AND ADDRESS**
AMBER EUNELLA JOHNSON
37791 EMERSON DR
CLINTON TOWNSHIP      MI    48036

NO SECURED INTEREST ON RECORD

### Title Assignment by Seller

State and federal laws require the seller(s) to indicate mileage when ownership is transferred. Failure to complete or providing false information may result in civil liability, fines and/or imprisonment. ANY ALTERATION, ERASURE, FALSE STATEMENT, FORGERY OR FRAUD VOIDS THIS TITLE AND IS A CRIME.

I warrant the ownership of the vehicle described on Certificate of Title has been transferred to the following purchaser(s) and is free of all previous liens:

**Purchaser(s) Name (printed):** AMBER EUNELLA JOHNSON ESTATE TRUST
**Date of Sale:** 7/9/2026
**Selling Price:** 10,000 dona

**Purchaser's Street Address:** PO BOX 24401
**City:** Detroit Northwest Territory
**State:** Michigan Republic
**Zip:** Exempt Postal

I (we) certify the odometer reading is: 058000 ☒ and to the best of my knowledge the odometer mileage is:
(No Tenths)
☐ actual mileage  ☐ not actual mileage  **WARNING ODOMETER DISCREPANCY**  ☐ exceeds mechanical limits of odometer (odometer has rolled over)

**Signature of Seller(s):** X [signature]
**Seller(s) Name (printed):** Dohra EL-Bey

**Seller's Street Address:** PO Box 24401
**City:** Detroit Northwest Territory
**State:** Michigan Republic
**Zip:** Exempt Postal

A $50.00 Late Fee is Due for Failure to Apply for Title Within 21 Calendar Days of Date of Assignment
"I am aware of the above odometer certification made by the seller(s)."

**Signature of Purchaser(s):** X
**Printed Name of Purchaser(s):**

**NEW LIENHOLDER INFORMATION:** The information below must be on an application for title and presented to the Michigan Department of State.

**Secured Party:**
**Address:**

The State of Michigan, Michigan Department of State certifies this certificate of title is issued in compliance with the laws of Michigan and constitutes prima facie proof of ownership. Further, on the date of title issuance, the described vehicle was subject to the security interest(s) listed above.

**MAILING ADDRESS:**

AMBER EUNELLA JOHNSON
37791 EMERSON DR
CLINTON TOWNSHIP           MI    48036

H11905458

**\*\* NOTICE TO SELLERS \*\***
Sellers must keep a receipt or photocopy of the reassigned title for their records for 18 months or accompany the purchaser to a Secretary of State Office.

DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS

**CONTACT INFORMATION**

NAME: Amber Johnson

DOB: 12-28-1993

CURRENT ADDRESS: 741 Truner, Ypsilanti, MI 48198

PHONE #: 6110-278-2021

TIME AND DATE OCCURRED: December 15, 2025, @ about 11:30ish am

LOCATION INCIDENT OCCURRED: Troy's Towing Company on Grinnell Address: 9615 Grinnell Ave. Detroit, MI 48213

SUMMARY OF EVENT: ~~[scribbled out]~~ My daughter's Balenciaga shoes are missing from property inside of Chevrolet 2014 Cruze Blue 4dr.

I arrived @ Troy's Towing today to retrieve some items from out of my private conveyance that was towed on November the 24th, 2025 @ about 9:00 am. My belongings were missing including a Box $1,300.00 Balenciaga shoes size 38, and my social security cards for AMBER EVNELL JOHNSON & AH'MARIAH NA'CHAE MCCARVER. Officer J. Henderson 2227 & L. Peoples 782 were the arresting officers in the ongoing current pending case. These two officers and their supervisors did not allow my family to get my belongings out of the car before search warrant was called on my private conveyance.

**OFFENDER'S INFORMATION**

NAME: Troy's Towing 8816 Grinnell Ave.

DOB:

ADDRESS: 8816 Grinnell Ave.

PHONE #: 313-569-1869
313-579-1869

**OTHER INFORMATION:**

The title to my private conveyance is missing as well and insurance paperwork for my private trust property.

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Amber Rumella Johnson Estate Trust

**DEFENDANTS**
Troy's Towing

(b) County of Residence of First Listed Plaintiff: **Wayne**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: **Wayne**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [X] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [X] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [X] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

[X] 350 Motor Vehicle

**350**

## V. ORIGIN *(Place an "X" in One Box Only)*

[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $
JURY DEMAND: [ ] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
JUDGE
DOCKET NUMBER

DATE: 2/25/0026
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT #    AMOUNT    APPLYING IFP    JUDGE    MAG. JUDGE

PURSUANT TO LOCAL RULE 83.11

1. Is this a case that has been previously dismissed? ☐ Yes ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.) ☐ Yes ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

Notes :